UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BENNETT, | No. 2:23-CV-2885-TLN-CKD |
| Petitioner, | |
| v. | ORDER |
| TOM LOPEZ, | |
| Respondent. | |

Petitioner is a state pretrial detainee proceeding without an attorney in this habeas corpus action. On September 4, 2024, petitioner filed a one page motion for the appointment of a guardian ad litem pursuant to Rule 17 of the Federal Rules of Civil Procedure.[1] ECF No. 13. To date, petitioner has not provided the court with the names and contact information of any family member or friend who is willing to serve as petitioner's guardian ad litem. In order to assist the court in resolving the motion, petitioner is directed to supplement his motion by providing the court with a list of any and all individuals willing to serve as his guardian ad litem by February 27, 2025, including their names and addresses.

/////

---

[1] The constructive filing date of the motion has been calculated using the prison mailbox rule since petitioner was confined at Patton State Hospital at the time of filing. See Houston v. Lack, 487 U.S. 266 (1988) (establishing the prison mailbox rule).

1  Accordingly, IT IS HEREBY ORDERED that petitioner supplement his motion for a
2  guardian ad litem by providing a list of any and all individuals willing to serve in this capacity by
3  February 27, 2025.

4  Dated: February 6, 2025

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/benn2885.GAL.list