1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11    DAVID BENNETT,                          No.  2:23-cv-02885-TLN-CKD

12                    Petitioner,

13         v.                                  **ORDER**

14    TOM LOPEZ,

15                    Respondent.

16

17         Petitioner David Bennett ("Petitioner"), a state pretrial detainee proceeding without

18    counsel, filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The

19    matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and

20    Local Rule 302.

21         On May 28, 205, the magistrate judge filed findings and recommendations herein which

22    were served on all parties and which contained notice to all parties that any objections to the

23    findings and recommendations were to be filed within fourteen days.  Petitioner filed objections

24    to the findings and recommendations.

25         In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

26    Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the

27    Court finds the findings and recommendations to be supported by the record and by proper

28    analysis.

                                            1

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations (ECF No. 30) are adopted in full.

2.  Respondent's motion to dismiss (ECF No. 20) is GRANTED.

3.  Petitioner's application for a writ of habeas corpus is DENIED without prejudice to refiling as a 42 U.S.C. § 1983 action.

4.  Petitioner's request to recharacterize the present habeas corpus petition as a civil rights action pursuant to 42 U.S.C. § 1983 is DENIED in the exercise of the Court's discretion.

5.  All pending motions (ECF Nos. 9, 11-13, 17, 22, 24, 29, 32), are DENIED as moot based on the dismissal of the underlying action.

6.  The Court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253.

IT IS SO ORDERED.

**Date: June 17, 2025**

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

2